Commonwealth ex rel. Taylor, Appellant, *v.* Banmiller.

610

Submitted March 23, 1961.  Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Andrew Joseph Taylor*, appellant, in propria persona.

*William H. Wolf, Jr.* and *Arlen Specter*, Assistant District Attorneys, *Paul M. Chalfin*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

OPINION PER CURIAM, March 30, 1961:
The Order of the Court of Common Pleas No. 5 of Philadelphia County is affirmed on the opinion of Judge LEO WEINROTT for the court below, reported at 23 Pa. D. & C. 2d 558.